# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARIO ALBERTO NICARAGUA PEREZ,

        Petitioner,

v.                                       Case No. 18-C-86

ATTORNEY GENERAL et al.,

        Respondents.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

On November 2, 2017, Petitioner Mario Alberto Nicaragua Perez, an alien-detainee, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the Northern District of Illinois. ECF No. 1. On January 17, 2017, the case was transferred to this court because Perez was transferred from McHenry County Jail in Woodstock, Illinois to Kenosha County Detention Center in Kenosha, Wisconsin. ECF Nos. 5–8. On September 18, 2018, Magistrate Judge Nancy Joseph filed a Report and Recommendation, which recommended that Perez's petition be dismissed because the Clerk's Office received notice from the Chicago field office of U.S. Immigration and Customs Enforcement that Perez has been deported. *Id.* To date, Perez has not filed objections to the recommendation. After consideration of the Report and Recommendation and of the record as a whole, the court adopts the Report and Recommendation and orders Perez's petition (ECF No. 1) dismissed without prejudice. The Clerk is directed to enter judgment accordingly.

**SO ORDERED** this   17th   day of October, 2018.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court